# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KRISTEN RENEE KOFFEL,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:13-CV-2430** |
| **vs.** | : | **(MANNION, D.J.)** |
| | | **(COHN, M.J.)** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The plaintiff's objections to the report and recommendation, (Doc. 23), are **DENIED**.

2. The report and recommendation, (Doc. 22), is **ADOPTED.**

3. The plaintiff's appeal, (Doc. 1), of the defendant Commissioner's decision, is **DENIED**.

4. The Clerk of Court shall close this case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated**: **June 17, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2430-01-Order.wpd